

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 OCT 28 PM 3:49

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Quang Huy Bui | ) Case No. | 16-4134 MV |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Quang Huy Bui,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 22 U.S.C. § 2778: Arms Export Control Act; 22 C.F.R. §§ 121 and 127.1(a);

Count 2: 18 U.S.C. § 554: Smuggling Goods from the United States.

Date: 10/26/2016

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/26/2016, and the person was arrested on *(date)* 10/26/2016
at *(city and state)* San Jose, California.

Date: 10/28/2016

*Arresting officer's signature*

Jeremy Hellano, Special Agent
*Printed name and title*