## End-Use Certification for U.S. Export Compliance

In accordance with U.S. Export law, it is the policy of Sandia Technical Supply, LLC to verify the end-use and end-user for the sale and shipment of our products, related technology and software.

Please provide the information requested below and have a responsible principal of your company endorse the statement.

| Part Number | Product Description | Part Number | Product Description |
|---|---|---|---|
| J402-CA-400 | Teledyne Turbojet Engine | | |
| J402-CA-400 | Restart kit | | |
| | | | |
| | | | |

| | Buyer | Buyer's Customer | Ultimate End-User |
|---|---|---|---|
| Name | VTA Telecom Corporation | | |
| Address | 2372-E, Qume Dr., San Jose | | |
| | CA 95131 | | |
| Contact | Huy Bui | | |
| Website | Under construction | | |

| Overall End Use of the Product(s) | ☐ Military  ☐ Space/Satellite  ☐ Commercial  ☒ Research & Development<br>☐ Other (Describe) |
|---|---|
| **End-Use Statement: Please provide detailed information regarding the end-use of the product(s) being purchased from Teledyne (i.e., the response should address what the products will be used for, the purpose, application and end-use). Include project names, when applicable. Statements such as "for use in a laboratory" or "for R&D purposes" are not specific enough.** | Unmanned aerial vehicles (UAV) for the surveillance system in remote and tough area<br>Project name: VM-UAV 01<br>End user: not defined. |

**U.S. Export Control Compliance**
The Buyer understands that the purchase of products from Teledyne may be subject to the following U.S. Government regulations: the U.S. Export Administration Regulations (EAR), the International Traffic in Arms Regulations (ITAR), and the policies and mandates of the U.S. Office of Foreign Assets Control (OFAC).

The Buyer understands that the sale or distribution of Teledyne products may constitute an export or re-export, and as such, must be conducted in accordance with the requirements of the applicable U.S. Export control laws and regulations. Therefore, the Buyer must consult the appropriate U.S. Government resource to ensure that the sale and distribution of Teledyne products is conducted in accordance with the applicable regulations.

The Buyer also certifies the product will not be used in any Missile, Chemical, Biological, or Nuclear end-use applications.

**Specific Prohibited Destinations**
The Buyer understands that U.S. law prohibits the Buyer from supplying products in which the sale, transfer, export, re-export or other participation in any export transaction involves individuals, entities, or countries that may be listed by the Bureau of Industry and Security (BIS), the Directorate of Defense Trade Controls (DDTC) or Office of Foreign Assets Control (OFAC).

**Certification**
I certify that I am a responsible principal of my Company authorized to legally obligate my Company and that I am authorized to sign this Export End Use Certification. I also certify to the best of my knowledge that all of the information contained in this document is true and correct, and I do not know of any additional facts which are inconsistent with such information.

| | | |
|---|---|---|
| Printed Name: | Huy Bui | Title: | Vice President |
| Signature: | | Date: | 07/19/2016 |
| Email: | Huy_bui1980@yahoo.com | Tel. No.: | 786-660-6422 |

## J402 engine adaptation on object training requirement

### 1. Training type:
-On job training with real engine.

-All training content with reference document from manufacture.

### 2. Training requirement:
-The trainer is in expert in small gas turbine engines field for UAV, missiles.

-The trainer should hold the experience of handling J402 engine, adaptation the engine to type of Harpoon missile.

-The trainer is able to selection all necessary parts, assemblies, tools, equipment for adaptation of engine to object.

-After training the trainees is able to handle, test of engine on small portable test bench, adapt the engine to object. Analyzing the performance of engine after flight test.

### 3. Training content:
#### Part 1: J402 engine technical training
-Basic construction of engine, detail technical specification, application of engine.

-The description of engine control, interface control protocol.

-Using of analog restart kit.

-Maintenance of engine after using of restart kit for next run up.

-Engine performance, engine operation data recording system for analyzing.

-How to carry out engine testing on test bench by using restart kit.

-Safety feature and storage condition requirement.

-Other technical questions.

#### Part 2: J402 adaption on object training
-Installation of engine to object.

-Design, simulation and testing of air intake S-duct type include: 3D modeling, CFD simulation, calculation of pressure recovery ratio and distortion coefficient. Method of testing to verify the simulation.

-Design and testing of engine fuel system include: detail schematic, selection of all required parts, subassemblies for fuel system as transfer pump, valves, fuel accumulator ect. Detail input and output parameters of fuel (pressure, temperature, mass flow rate...) thru each component of fuel system as well as for whole system.

Method of acceptance testing of fuel system, adjustment criteria/standard.

-Bleed air system for fuel tank design: The setting of air parameter (pressure, temperature, flow rate..) for fuel tank pressurizing. Selection of all necessary parts/assembly (such as: bleed valve, check valve...).

-Testing and validation of engine electrical output parameter.

-Engine control system: type of control protocol, control the thrust of engine, control engine during flight test. Implementation of data recording system for analyzing.

-All experience/issue case and measurement during adaption the J402 engine to Harpoon missile.

## 4. Training follow-up:

After training schedule the trainer should provide the additional consultation service when ever trainees require via such kind of communication: handle phone, email, video conference ect.