CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611119856
Cashier ID: voltzs
Transaction Date: 11/08/2016
Payer Name: ORRICK HERRINGTON SUTCLIFFE

TREASURY REGISTRY
 For: Quang Hoang Bui
 Case/Party: D-CAN-3-16-MJ-071398-001
 Amount:         $50,000.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 003052
 Amt Tendered:   $50,000.00

Total Due:       $50,000.00
Total Tendered:  $50,000.00
Change Amt:      $0.00

MAG (LB)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

EXHIBIT A