**FILED**

NOV - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | Case No. 3:16-mj-71398-MAG-1 (LB) |
|---|---|
| v. | |
| QUANG HUY BUI, | Charging District: New Mexico |
| | Charging District's Case No.: 16-4134 MV |
| Defendant. | |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court | Courtroom No.: Gila Courtroom, 5th Floor |
|---|---|
| Pete V. Domenici United States Courthouse | Date and Time: November 29, 2016 9:30 a.m. |
| 333 Lomas Blvd, NW, Suite 680 | |
| Albuquerque, NM 87102 | |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Dated: November 8, 2016

_____
LAUREL BEELER
United States Magistrate Judge

EXHIBIT D