

FILED at Santa Fe, NM
DEC 20 2017
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

                *Plaintiff,*

vs.                                                                                  No. CR 16-4134-MV

QUANG HUY BUI

                *Defendant.*

### PETITION FOR EXONERATION AND DISCHARGE OF BOND

Petitioner, **Giang Nguyen** residing at **2312 208th Pl SE Bothell 98021 WA**, deposes and states as follows:

1. That on **November 8, 2016**, petitioner deposited with the Clerk of the United States District Court, the sum of
$ _____ or corporate surety/property bond in the amount of
$ **40,000.00** to secure the costs/appearance of the above named Petitioner.

2. That on _____, the above sum (BOND) was assigned to _____.
Petitioner herein.

The Criminal proceedings against the Defendant **Quang Huy Bui**,
were terminated on **October 5, 2017** by **Hon. Martha Vazquez**.

The condition of the bond having been complied with, the Petitioner requests that an Order be entered directing the Clerk of the Court to return the sum $ _____ to Petitioner or corporate/property bond in the amount of $ _____ to be returned to the above listed bondsman/surety company/surety.

Sworn and subscribed before me this **12th**,
day of **December** 20 **17**

_____
**NOTARY PUBLIC**

My Commission Expires: **1/31/2019**

I HEREBY CERTIFY that a certified copy of the foregoing pleading was mailed to opposing counsel on

_____
**ATTORNEY**

PETITIONER

AVERMENTS VERIFIED

MATTHEW J. DYKMAN, CLERK OF COURT

By: _____