

FILED
at Santa Fe, NM

DEC 20 2017

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

Plaintiff,

vs.   No. CR 16-4134-MV

QUANG HUY BUI

Defendant.

## PETITION FOR EXONERATION AND DISCHARGE OF BOND

Petitioner, **Minh Nguyen**, residing at **210 Red Oak Dr W, Apt I Sunnyvale, CA 94086**, deposes and states as follows:

1. That on **November 8, 2016**, petitioner deposited with the Clerk of the United States District Court, the sum of
$ **10,000.00** _____ or corporate surety/property bond in the amount of
$ _____ to secure the costs/appearance of the above named Petitioner.

2. That on _____, the above sum (BOND) was assigned to _____,
Petitioner herein.

The Criminal proceedings against the Defendant **Quang Huy Bui** _____,
were terminated on **October 5, 2017** by **Hon. Martha Vazquez** _____.

The condition of the bond having been complied with, the Petitioner requests that an Order be entered directing the Clerk of the Court to return the sum $ **10,000.00** _____ to Petitioner or corporate/property bond in the amount of $ _____ to be returned to the above listed bondsman/surety company/surety.

_____
PETITIONER

Sworn and subscribed before me this _____,
day of _____ 20____

_____
NOTARY PUBLIC

My Commission Expires: _____

I HEREBY CERTIFY that a certified copy of the foregoing pleading was emailed to opposing counsel on

_____
ATTORNEY

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara ) ss.
Subscribed & sworn to (or affirmed) before me on this 12 day of Dec by
**Minh Le Nguyen**
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**J Kaur** (Notary Public)

J KAUR
COMM. # 2220183
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES OCT. 29, 2021

AVERMENTS VERIFIED

MATTHEW J. DYKMAN, CLERK OF COURT

By: _____